No. 85–6317. RODRIGUEZ *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–6319. STEVENSON *v.* NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 85–6323. OSIPOVA *v.* WOLIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6326. HOSKINS *v.* GARLAND, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6332. AGUILAR *v.* ONION ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6334. KLEIN *v.* CIBA GEIGY ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6377. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6411. TELEPO *v.* CAMPEAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–587. TEXAS *v.* DUNN. Ct. Crim. App. Tex. Certiorari denied. JUSTICE WHITE, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE REHNQUIST would grant the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Moran* v. *Burbine, ante,* p. 412.